UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA        CASE # __14-3107-Turnoff__

VS

__Robert Bandfield__              PRISONER # __05625-104__

*******************************************************

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT:     (CIRCLE ONE)

(MIAMI)     FT. LAUDERDALE     WEST PALM BEACH     FT. PIERCE
*******************************************************

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: __9/9/2014   11:45am__

2) LANGUAGE(S) SPOKEN: __English__

3) OFFENSE(S) CHARGED: __Conspiracy to Commit Securities Fraud__

4) U.S. CITIZEN     [X] YES     [ ] NO     [ ] UNKNOWN

5) DATE OF BIRTH: __9/7/1944__

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [X] INDICTMENT
   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: __EDNY__

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES     [ ] NO

7) AMOUNT OF BOND: _____     WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: __Jonathan Walthers__     DATE: __9/9/2014__

9) AGENCY: __FBI__                                        PHONE: __347-752-2839__