UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-3107-TURNOFF

UNITED STATES OF AMERICA,

       Plaintiff,            **STIPULATED ORDER OF DETENTION**

vs.

ROBERT LEROY BANDFIELD,

       Defendant.
_____/

**THIS CAUSE** came before the Court and pursuant to proceedings held, it is thereupon

    **ORDERED AND ADJUDGED** That the above named Defendant is hereby Ordered Pretrial Detained pursuant to the **Stipulation** of the parties. The Defendant reserves the right to have a Pretrial Detention Hearing upon his/her request.

    **DONE AND ORDERED** at Miami, Florida this <u>12TH</u> day of <u>SEPTEMBER</u>, <u>2014</u>.

                                            _____
                                            **WILLIAM C. TURNOFF**
                                            **UNITED STATES MAGISTRATE JUDGE**

c:    AUSA
      Defense Counsel
      Pretrial Services
      U.S. Marshal